NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WIRELESS DISCOVERY LLC,**

*Plaintiff-Appellant*

v.

**THE MEET GROUP, INC., EHARMONY, INC.,**

*Defendants-Appellees*

2023-1582, 2023-1586

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00484-GBW, 1:22-cv-00480-GBW, Judge Gregory Brian Williams.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected above. Appellant's opening brief is due no later than May 15, 2023.

FOR THE COURT

APRIL 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court