

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 24, 2023

2023-1582 - Wireless Discovery LLC v. Meet Group, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Wireless Discovery LLC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a).

  *Clerk's Note: The cover uses the short caption rather than the full caption.*

- The brief does not contain one or more exemplary patent claims illustrative of the issue(s) on appeal on the inside front cover (or immediately following the front cover if the language requires more space). Fed. Cir. R. 32(a)(3).

- The document does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

  *Clerk's Note: The Certificate of Interest does not contain responses to items five or six.*

- The contents of the brief do not appear in the correct order: the certificate of interest; the table of contents with page references; the table of authorities with page references; the statement of related cases; any jurisdictional statement; any statement of the issues; any statement of the case; the summary of the argument; the argument, including any statement standard of review under its own heading; the conclusion and statement of relief sought; the addendum; and the certificate of compliance, if required by Fed. R. App. P. 32(g)(1). Fed. Cir. R. 28(a); Fed. Cir. R. 28.1(d).

*Clerk's Note: The Certificate of Compliance and Certificate of Service should appear at the end of the brief.*

- Appendix pages must be numbered using Bates numbering and following the format described in the court's [Electronic Filing Procedures](#) ("Appendix Formatting"). Fed. Cir. R. 30(b)(2)(C); Fed. Cir. R. 30(c)(2).

  *Clerk's Note: The Appx page ranges are not formatted correctly. "APPX069, -089" on page 1 is an example of improper format.*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: C. Harper, Deputy Clerk