Nos. 2023-1582, 2023-1586

# United States Court of Appeals for the Federal Circuit

WIRELESS DISCOVERY LLC,

*Plaintiff-Appellant,*

v.

THE MEET GROUP, INC. AND eHARMONY, INC.,

*Defendants-Appellees.*

Appeal from the United States District Court
for the District of Delaware
Case Nos. 1:22-cv-00480 and 1:22-cv-00484
(The Honorable Gregory B. Williams)

**NOTICE OF CORRECTION**

BAKER & HOSTETLER LLP

DOUGLAS A. GRADY
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Telephone: (206) 566-7120
dgrady@bakerlaw.com

KEVIN P. FLYNN
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Telephone: (513) 852-2627
kflynn@bakerlaw.com

ANDREW E. SAMUELS
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
asamuels@bakerlaw.com

JEFFREY J. LYONS
1201 N. Market Street, Suite 1407
Wilmington, Delaware 19801
Telephone: (302) 468-7088
jjlyons@bakerlaw.com

*Attorneys for Defendants-Appellees*

Under Federal Circuit Rule 25(i)(3), Appellees The Meet Group, Inc. and eHarmony, Inc. submit this notice of correction of their principal brief, filed August 23, 2023. Appellees contemporaneously submit a corrected brief, making the non-substantive corrections below:

| Page | Original | Correction |
|---|---|---|
| x | | Table of Authorities |
| 1 | *CLS Bank International* | *CLS Bank Int'l* |
| 3 | (Appx055.). | (Appx055.) |
| 4 | equal | equal. |
| 5 | (Appx.136.) | (Appx136.) |
| 8 | Appx235, Appx237. | (Appx235, Appx237.) |
| 9 | Appx025 | Appx329 |
| 9 | section 101 | Section 101 |
| 15 | *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U.S. 208, 216 (2014)) | *Alice*, 573 U.S. at 216) |
| 15 | 1) whether the claim is "directed [] if so, 2) whether [] application. | 1) "whether the claim is directed [] if so, 2) "whether [] application." |
| 16 | ("*Symantec*") | |
| 16 | *Golden Bridge Tech., Inc. v. Nokia, Inc.*, 527 F.3d 1318, 1322 | *Golden Bridge Tech.*, 527 F.3d at 1322 |
| 17–18 | *NetSoc, LLC v. Match Grp., LLC*, 838 F. App'x 544, 548 (Fed. Cir. 2020) . . . , *Jedi Techs., Inc. v. Spark Networks, Inc.*, No. 16-1055-GMS, 2017 WL 3315279, at *7 (D. Del. Aug. 3, 2017) . . . , *Walker Digit., LLC v. Google, Inc.*, 66 F. Supp. 3d 501,[]508 (D. Del. 2014) . . ., and *Perry St. Software, Inc. v. Jedi Techs., Inc.*, 548 F. Supp. 3d 418,[]433 (S.D.N.Y. 2021)[.] | *NetSoc, LLC v. Match Grp., LLC*, 838 F. App'x 544, 548 (Fed. Cir. 2020); *Jedi Techs., Inc. v. Spark Networks, Inc.*, No. 16-1055-GMS, 2017 WL 3315279, at *7 (D. Del. Aug. 3, 2017); *Walker Digit., LLC v. Google, Inc.*, 66 F. Supp. 3d 501, 508 (D. Del. 2014); and *Perry St. Software, Inc. v. Jedi Techs., Inc.*, 548 F. Supp. 3d 418, 433 (S.D.N.Y. 2021). |
| 18 | (Appellant's Brief p. 17.) | (Appellant's Brief p. 17–18.) |
| 18 | Appx342; (Appx245-246, Appx252-1254. | Appx342, Appx245-246, Appx252-254 |
| 18 | *Compare* (Appx279) | (*Compare* Appx279 |
| 19 | (Appx361). | (Appx361.) |

1

| | | |
|---|---|---|
| 19 | (Appx068; Appx228 | (Appx068; Appx228) |
| 21 | (Appx275.) | (*See* Appx275.) |
| 21 | (Appx275.) | (*See* Appx275.) |
| n.4 | (*See* Appx116; Opinion at 10.) | (*See* Appx116; Appx063.) (highlight removed) |
| 22 | *BASCOM Global Internet Services, Inc. v. AT&T Mobility LLC*, 827 F.3d 1341 (Fed. Cir. 2016) | *BASCOM* |
| 22 | *Alice* step two (*id.* at 30-32, 34). | *Alice* step two. (*Id.* at 30–32, 34.) |
| 22 | (Appx270.) | (*See* Appx270.) |
| 22 | 773 F.3d 1245 (Fed. Cir. 2014) | 773 F.3d 1245 (Fed. Cir. 2014). |
| n.5 | Appx282 | Appx282 (highlight removed) |
| 23 | p. 10] | p. 10) |
| 24 | 881 F.3d at 1365).) | 881 F.3d at 1365). |
| 24 | p. 29] | p. 29) |
| 26 | *See* (Appellant's Brief p. 28-29.) | (*See* Appellant's Brief p. 28–29.) |
| 26 | *Electric Power Grp.*, 830 F.3d at 1353. | *Elec. Power Grp., LLC v. Alstom S.A.*, 830 F.3d 1350, 1353 (Fed. Cir. 2016). |
| 29 | p. 26.] | p. 26.) |
| 30 | enhance | enhance[] |
| 30 | allow | allows |
| 30 | p. 20.] | p. 20.) |
| 31 | *Id.* at 21. | (*Id.* at 21.) |
| 31 | *Id.* | (*Id.*) |
| 31 | *Id.* | (*Id.*) |
| 32 | 996 F.3d at 1363–64 (Fed. Cir. 2021) | 996 F.3d at 1363–64 |
| 32 | Elec. Power Grp., LLC v. Alstom S.A., 830 F.3d 1350, 1356 (Fed. Cir. 2016) | *Elec. Power Grp.*, 830 F.3d at 1356 |
| 32 | *See* Brief at 2–4, 6–12, 21. | (*See* Appellant's Brief p. 2–4, 6–12, 21.) |
| 32 | *BASCOM Global Internet Servs., Inc. v. AT&T Mobility LLC*, 827 F.3d 1341 (Fed. Cir. 2016). | *BASCOM* |
| 32 | Br. 22–26. | Appellant's Brief p. 22–26. |
| 33 | p. 27–28.] | p. 27–28.) |
| 33 | p. 27.] | p. 27. ) |
| 33 | § 112 | Section 112 |
| 33 | § 101 | Section 101 |

| 34 | [Opinion at 19-20.] | (Appx072-073.) |
| 34 | p. 28.] | p. 28.) |
| 35 | [Brief 15.] | (Appellant's Brief p. 15.) |
| 36 | "an element | "an element |
| 37 | concept.").) | concept.") |
| 38 | (*See* Appx074 | (*See* Appx074) |
| 38 | *Elec. Power Grp.* at 1355 | *Elec. Power Grp.*, 830 F.3d at 1355 |
| 39 | p. 31.] | p. 31.) |
| 39 | (*See, e.g.*, Appx115 | (*See, e.g.*, Appx115) |
| 39 | addresses").) | addresses".) |
| 40 | Brief at 31–34. | (Appellant's Brief p. 31–34.) |
| 40 | p. 34.] | p. 34.) |
| 40 | 773 F.3d 1245, 1257 (Fed. Cir. 2014) | 773 F.3d at 1257 |
| 42 | (Appx069-073.). | (Appx069-073.) |

Date: August 25, 2023

BAKER & HOSTETLER LLP

*/s/ Douglas A. Grady*
Douglas A. Grady, Esq.
999 Third Avenue, Suite 3900
Seattle, Washington 98104
Telephone: (206) 566-7120
Email: dgrady@bakerlaw.com

Andrew E. Samuels, Esq.
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
Email: asamuels@bakerlaw.com

Jeffrey J. Lyons, Esq.
1201 N. Market Street, Suite 1407
Wilmington, Delaware 19801
Telephone: (302) 468-7088
Email: jjlyons@bakerlaw.com

Kevin P. Flynn, Esq.
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Telephone: (513) 852-2627
Email: kflynn@bakerlaw.com

*Attorneys for The Meet Group, Inc.; eHarmony, Inc.*